236 So.2d 498

**OLYMPIA ROOFING CO., Inc.**

**v.**

**CITY OF NEW ORLEANS.**

No. 50609.

June 26, 1970.

Writ refused. The judgment of the Court of Appeal is correct.

236 So.2d 498

**J. V. BRASWELL et al.**

**v.**

**H. J. HEARTWELL et al.**

No. 50624.

June 26, 1970.

Writ refused. There is no error of law in the judgment complained of.